IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00361-MSK-PAC

UN JU PARK,

      Plaintiff,

v.

CIGNA CORPORATION, a Delaware corporation,
LIFE INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania Insurance Company, and
PB FLEXX PLAN, an ERISA Welfare Benefit Plan,

      Defendants.

---

**ORDER OF DISMISSAL OF CIGNA CORPORATION WITHOUT PREJUDICE**

---

      **THIS MATTER** comes before the Court on the parties Stipulation For Dismissal Without Prejudice of Defendant CIGNA Corporation **(#19)**. The Court having reviewed the Stipulation and being fully advised in the premises,

      **ORDERS** that the claims against Defendant CIGNA Corporation are dismissed without prejudice, each party to bear its own costs and attorney's fees incurred herein. The pending Motion to Dismiss Plaintiff Un Ju Park's Claims Against CIGNA Corporation Pursuant to Federal Rule of Civil Procedure 12(b)(2) **(#15) IS DENIED AS MOOT.**

      Dated this 31st day of July, 2006.

                        **BY THE COURT:**

                        *Marcia S. Krieger*
                        _____
                        Marcia S. Krieger
                        United States District Judge