IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00361-MSK-PAC

UN JU PARK,

       Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania Insurance Company, and
PB FLEXX PLAN, an ERISA Welfare Benefit Plan,

       Defendants.

---

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

---

**THIS MATTER** comes before the Court on Plaintiff's Motion for Leave to File

Amended Complaint **(#21)**.  The Court having reviewed the Plaintiff's Motion and being fully

advised in the premises,

**ORDERS** that Plaintiff's Motion for Leave to File Amended Complaint **(#21)** is

**GRANTED**.  The Clerk of Court is directed to accept for filing the First Amended Complaint

submitted as attachment #2 to the Motion and to assign it a separate docket number.  The caption

shall be amended to reflect the proper parties to this action.

Dated this 2nd day of August, 2006

                             **BY THE COURT:**

*Marcia S. Krieger*

_____

                     Marcia S. Krieger
                     United States District Judge