IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00361-MSK-PAC

UN JU PARK,

    Plaintiff,

v.

CIGNA CORPORATION, a Delaware corporation,
LIFE INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania Insurance Company, and
PB FLEXX PLANN, an ERISA Welfare Benefit Plan,

    Defendants.

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to United States Magistrate Judge Patricia A. Coan to prepare a Report and Recommendation on the Plaintiff's ERISA claims after the parties' filing of briefs and the administrative record.

Dated this 2nd day of October, 2006

                        **BY THE COURT:**

                        *Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge